# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**COURTEZ D. NEVELS,**
**ADC #153075**                                                                                             **PLAINTIFF**

v.                          CASE NO. 4:14CV00495 BSM

**CLAYTON EDWARDS, Captain,**
**White County Detention Center**                                                    **DEFENDANT**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge J. Thomas Ray have been received. No objections have been filed. After careful review, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Nevels may proceed with his racial discrimination against Edwards in his personal capacity only.

2. All other claims are dismissed without prejudice.

3. The clerk is directed to prepare a summons for Edwards. The United States Marshal is directed to serve the summons, complaint, and this order on Edwards without prepayment of fees and costs or security therefor.

4. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

DATED this 14th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE